The People of the State of New York, Respondent, 
against
Jonathan Wong, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Barbara F. Newman, J.H.O.), rendered May 2, 2018, convicting him, upon his plea of guilty, of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), rendered May 2, 2018, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
The record fails to establish that defendant understood the nature of the offense to which he was pleading, and that his plea was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 383-85 [2015]). Given the relatively minor nature of the infraction here charged, we dismiss the accusatory instrument (see People v Burwell, 53 NY2d 849, 851 [1981]).
We note that the People have declined to submit a respondent's brief on this appeal.
In view of our disposition, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: March 23, 2020